UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BUSHRA K. ADAM,

                           Petitioner,

      v.

STATE OF WASHINGTON,

                          Respondent.

CASE NO. 2:25-CV-2219-JNW-DWC

REPORT AND RECOMMENDATION

Noting Date: February 24, 2026

The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. On November 6, 2025, Petitioner Bushra K. Adam initiated this case. Dkt. 1. As Petitioner has not kept the Court advised of his current address or paid the filing fee, the Court recommends dismissing this action without prejudice.

The Clerk of Court mailed Petitioner a Notice of Filing Deficiency on November 10, 2025, notifying Petitioner he had not paid the filing fee or submitted an application to proceed *in forma pauperis*. Dkt. 2. The Clerk's Office directed Petitioner to correct the deficiency on or before December 10, 2025. Dkt. 2. The Notice of Filing Deficiency was returned as undeliverable on December 1, 2025. Dkt. 3. Petitioner has not responded to the Notice of

REPORT AND RECOMMENDATION - 1

Filing Deficiency or filed any documents with the Court since he initiated this lawsuit on November 6, 2025.

Petitioner has not kept the Court advised as to his current mailing address. He has also failed to pay the filing fee or submitted an application to proceed *in forma pauperis*. Accordingly, pursuant to Local Rule 41(b)(2), the Court recommends dismissal of this action without prejudice for failure to prosecute. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 24, 2026**.

Dated this 3rd day of February, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2